

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2020

No. 04-19-00509-CR

Elizabeth Ann **MARTINEZ,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9024B
Honorable Jefferson Moore, Judge Presiding

## O R D E R

Appellant's second motion for extension of time to file her brief is GRANTED. Appellant's brief is due on or before **March 23, 2020**. No further extensions will be granted absent extenuating circumstances.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court